UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61017-CIV-ROSENBAUM/SELTZER

THE ASSOCIATION FOR DISABLED
AMERICANS, INC., *et al.*,

    Plaintiffs,

v.

DIPLOMAT GOLF & RACQUET CLUB
CONDOMINIUM ASSOCIATION, INC., *et al.*,

    Defendants.

_____/

**ORDER REQUIRING CORPORATE DEFENDANT TO OBTAIN COUNSEL**

    This matter is before the Court upon Plaintiffs' Motion to Compel Defendant Coast to Coast, Accommodations, LLC, to Retain Counsel [D.E. 34]. Defendant Coast to Coast Accommodations, LLC, ("Coast to Coast") was served with the Complaint on September 11, 2012. D.E. 29. On October 2, 2012, Joseph T. Jorgensen, Registered Agent of Coast to Coast, filed Coast to Coast's Answer to the Complaint. D.E. 30. In the Answer, Jorgenson asserts that Coast to Coast is appearing in this matter *pro se*. *Id.* at 1. On October 11, 2012, Plaintiffs filed this Motion to compel Coast to Coast to obtain counsel.

    Federal law clearly establishes that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *Nat' l Indep. Theater Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied,* 471 U.S. 1056 (1985).

1

Therefore, Defendant Coast to Coast, a corporation, shall obtain counsel and have counsel properly enter with the Court a notice of appearance in this case **no later than Friday, November 2, 2012.** Failure to obtain counsel by the specified date may result in the Court entering a default judgment against Coast to Coast. Plaintiffs shall immediately serve this Order on Coast to Coast and file notice with the Court that service has been completed.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of October 2012.

                                                                                          _____
                                                                                          ROBIN S. ROSENBAUM
                                                                                          UNITED STATES DISTRICT JUDGE

Copies to:
    Counsel of record

    Coast to Coast Accommodations, LLC
        c/o Joseph T. Jorgensen, Registered Agent
    13030 Gulf Boulevard
    Madeira Beach, FL 33708
    *Via Certified Mail*